

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO

| | | |
|---|---|---|
| TERRANCE DEERING BLACK, | ) | |
| | ) | No. 08-12-00338-CR |
| Appellant, | ) | |
| | ) | Appeal from the 296th District Court |
| vs. | ) | |
| | ) | of Collin County, Texas |
| THE STATE OF TEXAS, | ) | |
| | ) | (TC# 296-81761-2012) |
| State. | ) | |

### O R D E R

The reporter's record in the above styled and numbered cause was originally due June 26, 2013, the courts having granted a third and final extension of time until such date. As of this date the reporter's record has not been filed.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant has been deprived of a reporter's record for any reason, including ineffective assistance of counsel, and to make appropriate findings and recommendations, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before August 10, 2013.

IT IS SO ORDERED this 10th day of July, 2013.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.